UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY NELSON NORRIS | CIVIL ACTION |
| VERSUS | NO. 23-133 |
| TALLULAH CRIMINAL JUSTICE COMPLEX, ET AL. | SECTION "R" (5) |

# ORDER

Plaintiff's complaint alleging claims under 42 U.S.C. § 1983 was referred to Magistrate Michael North for a Report and Recommendation ("R&R"). Magistrate Judge North subsequently recommended transfer of this matter to the United States District Court for the Western District of Louisiana because venue is improper as to the Eastern District of Louisiana.[1] Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate North's R&R as its opinion.

---

[1] R. Doc. 3.

Accordingly, the Court orders that this matter be transferred to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this __15th__ day of February, 2023.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE